PER CURIAM.
We affirm on the main appeal, and on both cross-appeals. See Manheim v. Ford Motor Co., 201 So.2d 440, 441-42 (Fla.1967); Claude Nolan Cadillac, Inc. v. Griffin, 610 So.2d 725, 725-26 (Fla. 1st DCA 1992); Frank Griffin Volkswagen, Inc. v. Smith, 610 So.2d 597, 602 (Fla. 1st DCA 1992); Durfee v. Rod Baxter Imps., Inc., 262 N.W.2d 349, 357 (Minn.1977); Volkswagen of America, Inc. v. Novak, 418 So.2d 801, 804 (Miss.1982); Ventura v. Ford Motor Corp., 180 N.J.Super. 45, 433 A.2d 801, 811 (1981); Gochey v. Bombardier, Inc., 153 Vt. 607, 572 A.2d 921, 923-24 (1990).
BOOTH, BENTON, JJ., and COSTELLO, DEDEE S., Associate Judge, concur.